# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-2341

_____

| | | |
|---|---|---|
| Charlie Nathanael Lee, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| William J. Pierce; Jeff Carr; Janett | * | Western District of Missouri. |
| Riley; Dr. Mark Catron, | * | |
| | * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: June 17, 1998

Filed: June 26, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Charlie Nathanael Lee appeals from the district court's[1] grant of summary judgment to defendants in his 42 U.S.C. § 1983 action, claiming constitutional violations during his jail confinement. Having carefully reviewed the record and the parties' briefs, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Joseph E. Stevens, Jr., United States District Judge for the Western District of Missouri

A true copy.

Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.